1  ZACHARY J. PEKELIS, WSBA #44557
2  Special Assistant Attorney General
   PACIFICA LAW GROUP LLP
3  1191 2nd Avenue, Suite 2000
   Seattle, WA 98101-3404
4  (206) 245-1700

5

6  **UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF WASHINGTON**

7

| | |
|---|---|
| 8  TIMOTHY P. BEUCA, | No. 2:23-cv-00069 |
| 9              Plaintiff, | |
| 10 v. | NOTICE OF REMOVAL |
| 11 WASHINGTON STATE | |
| 12 UNIVERSITY and JOHN and JANE 1-10, | |
| 13 | |
| 14              Defendants. | |

15

16  TO: TIMOTHY P. BEUCA

17  AND TO: HAROLD H. FRANKLIN, JR. and TRACY TRIBBETT,

18  Attorneys for Plaintiff,

19  AND TO: CLERK OF THE ABOVE-ENTITLED COURT.

20  PLEASE TAKE NOTICE that without waiving any procedural or substantive

21  defenses, Defendant Washington State University (WSU) hereby removes Plaintiff

22  Timothy P. Beuca's lawsuit filed (but not served) on December 2, 2022, under Cause

23  No. 22-2-00252-38 in Whitman County Superior Court in the State of Washington,

24

NOTICE OF REMOVAL - 1
Case No. 2:23-cv-00069

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

to the U.S. District Court for the Eastern District of Washington (Spokane Division). WSU provides the following short, plain statement of the grounds for removal:

1. Plaintiff filed this action in Whitman County Superior Court on December 2, 2022. Because this Court is the United States District Court for the district and division embracing the place where the state court action is pending, it is the appropriate court for removal pursuant to 28 U.S.C. § 1441(a).

2. Plaintiff filed his original complaint in Whitman County Superior Court on December 2, 2022. *See* Exhibit C. Plaintiff did not serve his original complaint.

3. On February 22, 2023, Plaintiff filed his Amended Complaint for Damages (Amended Complaint). *See* Exhibit E. The same day, Plaintiff served WSU with the Amended Complaint and Summons via the email service address of the Washington Attorney General's Office. This Notice is therefore timely and appropriate because it is "filed within 30 days after the receipt by the defendant, through service or otherwise, . . . or within 30 days after the service of summons upon the defendant." 28 U.S.C. § 1446(b)(1).

4. This is a civil action brought in state court of which this Court has original jurisdiction under 28 U.S.C. § 1331 because it arises under the federal laws of the United States, specifically Title VII of the Civil Rights Act of 1964, 42 U.S.C.§ 2000e-2(a). *See* Am. Compl. ¶¶ 33–38. Removal is therefore appropriate under 28 U.S.C. § 1441(a).

5. Removal is also appropriate under 28 U.S.C. § 1332(a) because complete diversity of citizenship exists and the amount in controversy pertaining to Plaintiff's claims exceeds $75,000.00. Upon information or belief, Plaintiff is a

NOTICE OF REMOVAL - 2
Case No. 2:23-cv-00069

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

citizen of Florida, where he currently resides. WSU is a public university of the State of Washington. The citizenship of the fictitious Jane and John Doe defendants must be disregarded for the purpose of considering diversity jurisdiction. *See* 28 U.S.C. § 1441(b)(1). Thus, complete diversity of citizenship exists.

6. As to the amount in controversy, Plaintiff seeks "[d]amages including lost wages, benefits, and all other lost income" related to his former position as a medical resident, "attorney's fees and costs," and "total general and special damages" under Title VII and the Washington Law Against Discrimination, RCW 49.60.180 (WLAD). Am. Compl. at 6–7 (prayer for relief). The amount in controversy thus exceeds the statutory minimum of $75,000.00.

7. This Court has personal jurisdiction over Plaintiff and WSU.

8. In compliance with 28 U.S.C. § 1446(a), WSU has attached a true and complete copy of the docket and all process, pleadings, and orders filed or served upon WSU in Whitman County Superior Court Cause No. 22-2-00252-38. *See* Exhibits A–F.

9. In compliance with 28 U.S.C. § 1446(d), a copy of this notice (without Exhibits A through F) will be filed with the Whitman County Superior Court and served on Plaintiff's counsel in conjunction with this filing.

///

///

NOTICE OF REMOVAL - 3
Case No. 2:23-cv-00069

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

1  DATED this 15th day of March, 2023.

2
    *s/ Zachary J. Pekelis*
3
    ZACHARY J. PEKELIS, WSBA #44557
    Special Assistant Attorney General
4
    PACIFICA LAW GROUP LLP
    1191 2nd Avenue, Suite 2000
5
    Seattle, WA  98101-3404
    (206) 245-1700
6
    Zach.Pekelis@PacificaLawGroup.com
7
    *Attorney for Defendant Washington State University*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

NOTICE OF REMOVAL - 4
Case No. 2:23-cv-00069

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON  98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Harold H. Franklin, Jr., WSBA #20486
    Tracy Tribbett, WSBA #35922
    Pacific Justice Institute
    459 Seneca Avenue NW
    Renton, WA 98057
    hfranklin@pji.org
    *Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 15th day of March, 2023, at Seattle, Washington.

                *s/ Zachary J. Pekelis*
                ZACHARY J. PEKELIS, WSBA #44557
                Special Assistant Attorney General
                *Attorney for Defendant Washington State University*

NOTICE OF REMOVAL - 5
Case No. 2:23-cv-00069

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750