# EXHIBIT A

## Case Information

22-2-00252-38 | TIMOTHY R BEUCA vs WASHINGTON STATE UNIVERSITY et al

Case Number
22-2-00252-38

Court
Whitman

File Date
12/02/2022

Case Type
MSC2 Miscellaneous - Civil

Case Status
Active

## Party

Plaintiff
BEUCA, TIMOTHY R

Active Attorneys ▼
Lead Attorney
Franklin, Harold Hudson, Jr
Retained

Attorney
TRIBBETT, TRACY
Retained

Defendant
WASHINGTON STATE UNIVERSITY

Active Attorneys ▼
Lead Attorney
Pekelis, Zachary Jones
Retained

Defendant
JOHN AND JANE DOES 1-10

## Events and Hearings

12/02/2022 Case Information Cover Sheet

12/02/2022 Complaint ▼

   Comment
   AMENDED VERSION FILED 2/22/2023

12/02/2022 Summons

02/22/2023 Complaint ▼

   Comment
   AMENDED

03/03/2023 Notice of Appearance