# EXHIBIT B



**CIVIL**
_____Whitman_____ COUNTY SUPERIOR COURT
Case Information Cover Sheet (CICS)

**Case Number**\_\_22-2-00252-38_____  **Case Title** \_\_\_\_\_Timothy P. Beuca v. Washinton State University, Does 1-10\_

**Attorney Name** \_\_\_\_\_Harold Franklin\_\_  **Bar Membership Number** \_\_\_20486_____

Please check one category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.                 *Form updated 6/27/2022*

| | | | | | |
|---|---|---|---|---|---|
| ☐ | ABJ | Abstract of Judgment | ☐ | PRG | Property Damage – Gangs |
| ☐ | ABL | Abusive Litigation | ☐ | PRP | Property Damages |
| ☐ | ALR | Administrative Law Review | ☐ | QTI | Quiet Title |
| ☐ | ALRJT | Administrative Law Review-Jury Trial (L&I) | ☐ | RDR | Relief from Duty to Register |
| ☐ | BAT | Ballot Title | ☐ | RFR | Restoration of Firearm Rights |
| ☐ | CHN | Non-Confidential Change of Name | ☐ | SDR | School District-Required Action Plan |
| ☐ | CBC | Contractor Bond Complaint | ☐ | SER | Subdivision Election Process Law Review |
| ☐ | COL | Collection | ☐ | SPC | Seizure of Property-Commission of Crime |
| ☐ | CON | Condemnation | ☐ | SPR | Seizure of Property-Resulting from Crime |
| ☐ | COM | Commercial | ☐ | TAX | Employment Security Tax Warrant |
| ☐ | CPO | Civil Protection Orders | ☐ | TAX | L & I Tax Warrant |
| ☐ | CRP | Pet. for Cert. of Restoration of Opportunity | ☐ | TAX | Licensing Tax Warrant |
| ☐ | DOL | Appeal Licensing Revocation | ☐ | TAX | Revenue Tax Warrant |
| ☐ | ECP | Enforce Canadian DV Protection Order | ☐ | TMV | Tort – Motor Vehicle |
| ☐ | EOM | Emancipation of Minor | ☐ | TRJ | Transcript of Judgment |
| ☐ | FJU | Foreign Judgment | ☐ | TTO | Tort – Other |
| ☐ | FOR | Foreclosure | ☐ | TXF | Tax Foreclosure |
| ☐ | FPO | Foreign Protection Order | ☐ | UND | Unlawful Detainer – Commercial |
| ☐ | INJ | Injunction | ☐ | UND | Unlawful Detainer – Residential |
| ☐ | INT | Interpleader | ☐ | VEP | Voter Election Process Law Review |
| ☐ | LCA | Lower Court Appeal – Civil | ☐ | VVT | Victims of Motor Vehicle Theft-Civil Action |
| ☐ | LCI | Lower Court Appeal – Infractions | ☐ | WDE | Wrongful Death |
| ☐ | LUPA | Land Use Petition Act | ☐ | WHC | Writ of Habeas Corpus |
| ☐ | MAL | Other Malpractice | ☐ | WMW | Miscellaneous Writs |
| ☐ | MED | Medical Malpractice | ☐ | WRM | Writ of Mandamus |
| ☐ | MHA | Malicious Harassment | ☐ | WRR | Writ of Restitution |
| ☐ | MSC2 | Miscellaneous – Civil | ☐ | WRV | Writ of Review |
| ☐ | MST2 | Minor Settlement – Civil (No Guardianship) | ☐ | XRP | Extreme Risk Protection Order |
| ☐ | PCC | Petition for Civil Commitment (Sexual Predator) | ☐ | XRU | Extreme Risk Protection Order Under 18 |
| ☐ | PFA | Property Fairness Act | | | |
| ☐ | PIN | Personal Injury | | | |
| ☐ | PRA | Public Records Act | | | |

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW**
Civil Action for violations of Title VII
._____
**Please Note:  Public information in court files and pleadings may be posted on a public Web site.**

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW**
Civil Action for violations of Title VII
._____
***Please Note:  Public information in court files and pleadings may be posted on a public Web site.***

### APPEAL/REVIEW
**Administrative Law Review**-Petition to the superior court for review of rulings made by state administrative agencies.
**Appeal of a Department of Licensing Revocation**-Appeal of a DOL revocation (RCW 46.20.308(9)).
**Lower Court Appeal-Civil**-An appeal for a civil case; excludes traffic infraction and criminal matters.
**Lower Court Appeal-Infractions**-An appeal for a traffic infraction matter.

### CONTRACT/COMMERCIAL
**Breach of Contract**-Complaint involving monetary dispute where a breach of contract is involved.
**Contractor Bond Complaint**-Complaint for claim against a contractor or subcontractor bond.
**Commercial Contract**-Complaint involving monetary dispute where a contract is involved.
**Commercial Non-Contract**-Complaint involving monetary dispute where no contract is involved.
**Third Party Collection**-Complaint involving a third party over a monetary dispute where no contract is involved.

### PROTECTION ORDER
**Civil Protection Orders –** Petition seeking protection from harmful or threatening behavior. (Chapt. 7.105 RCW) (Eff. 7/1/2022).
**Enforce Canadian DV Protection Order** – Petition seeking order granting recognition and enforcement of Canadian DV PO. (Chapt. 26.55 RCW)
**Extreme Risk Protection Order**-Petition to restrict ownership, possession, custody or control of a firearm or concealed weapons permit.
**Extreme Risk Protection Order Under 18**-Petition to restrict access, possession, purchase, custody or control of a firearm by a minor.
**Foreign Protection Orders**-Any protection order of a court of the United States, or of any state, territory, or tribal land, which is entitled to full faith and credit in this state.

### JUDGMENT
**Abstract Only**-A certified copy of a judgment docket from another superior court, an appellate court, or a federal district court.
**Foreign Judgment**-Any judgment, decree, or order of a court of the United States, or of any state or territory, which is entitled to full faith and credit in this state.
**Judgment, Another County**-A certified copy of a judgment docket from another superior court within the state.
**Judgment, Another State**-Any judgment, decree, or order from another state that is entitled to full faith and credit in this state.
**Tax Warrants** -A notice of assessment by a state agency creating a judgment/lien in the county in which it is filed. (Four types available.)
**Transcript of Judgment**-A certified copy of a judgment from a court of limited jurisdiction to a superior court in the same county.

### OTHER COMPLAINT/PETITION
**Abusive Litigation**- Request to restrict a current or former intimate partner party from filing abusive litigation for the purposes of harassing, intimidating, or maintaining contact with the other party
**Ballot Title**-Action for review of the ballot title (RCW 29A.36.090).
**Petition for Certificate of Restoration of Opportunity**-Request for order that is intended to facilitate obtaining housing and employment (RCW 9.97.020).
**Change of Name**-Petition for a change of name. If change is confidential due to domestic violence/anti-harassment see case type 5 instead.
**Deposit of Surplus Funds**-Deposit of money or other item with the court.
**Emancipation of Minor**-Petition by a minor for a declaration of emancipation.
**Injunction**-Complaint/petition to require a person to do or refrain from doing a particular thing.
**Interpleader**-Petition for the deposit of disputed earnest money from real estate, insurance proceeds, and/or other transaction(s).
**Malicious Harassment**-Suit involving damages resulting from malicious harassment.
**Minor Settlements**-Petition for a court decision that an award to a minor is appropriate when no letters of guardianship are required (e.g., net settlement value $25,000 or less).
**Petition for Civil Commitment (Sexual Predator)**-Petition for the involuntary civil commitment of a person who 1) has been convicted of a sexually violent offense whose term of confinement is about to expire or has expired, 2) has been charged with a sexually violent offense and who has been determined to be incompetent to stand trial who is about to be released or has been released, or 3) has been found not guilty by reason of insanity of a sexually violent offense and who is about to be released or has been released, and it appears that the person may be a sexually violent predator.
**Property Damage-Gangs**-Complaint involving damage to property related to gang activity.
**Public Records Act**-Actions filed under RCW 42.56.

**Relief from Duty to Register**-Civil action requesting relief from duty to register as a sex offender. Petition can address the registration obligation that arises from multiple cases. RCW 9A.44.142, 9A.44.143.
**Restoration of Firearms Rights**-Petition seeking restoration of firearms rights under RCW 9.41.040 and 9.41.047. *(Eff. 9-2-2014)*
**School District-Required Action Plan**-Petition filed requesting court selection of a required action plan proposal relating to school academic performance.
**Seizure of Property from the Commission of a Crime**-Seizure of personal property that was employed in aiding, abetting, or commission of a crime, from a defendant after conviction.
**Seizure of Property Resulting from a Crime**-Seizure of tangible or intangible property that is the direct or indirect result of a crime, from a defendant following criminal conviction (e.g., remuneration for, or contract interest in, a depiction or account of a crime).
**Subdivision Election Process Review**-Petition seeking court acknowledgement of compliance (RCW 29A.92).
**Subpoenas**-Petition for a subpoena.
**Voter Election Law Review**-Action filed by voters requesting review of Voting Rights Act (RCW 29A.92).

### PROPERTY RIGHTS
**Condemnation**-Complaint involving governmental taking of private property with payment, but not necessarily with consent.
**Foreclosure**-Complaint involving termination of ownership rights when mortgage or tax foreclosure is involved; ownership is not in question.
**Land Use Petition**-Petition for an expedited judicial review of a land use decision made by a local jurisdiction (RCW 36.70C.040).
**Property Fairness**-Complaint involving the regulation of private property or restraint of land use by a government entity brought forth by Title 64 RCW.
**Quiet Title**-Complaint involving the ownership, use, or disposition of land or real estate other than foreclosure.
**Unlawful Detainer**-Complaint involving the unjustifiable retention of lands or attachments to land, including water and mineral rights.

### TORT, MEDICAL MALPRACTICE
**Hospital**-Complaint involving injury or death resulting from a hospital.
**Medical Doctor**-Complaint involving injury or death resulting from a medical doctor.
**Other Health Care Professional**-Complaint involving injury or death resulting from a health care professional other than a medical doctor.

### TORT, MOTOR VEHICLE
**Death**-Complaint involving death resulting from an incident involving a motor vehicle.
**Non-Death Injuries** -Complaint involving non-death injuries resulting from an incident involving a motor vehicle.
**Property Damage Only**-Complaint involving only property damages resulting from an incident involving a motor vehicle.

### TORT, NON-MOTOR VEHICLE
**Asbestos**-Complaint alleging injury resulting from asbestos exposure.
**Other Malpractice**-Complaint involving injury resulting from other than professional medical treatment.
**Personal Injury**-Complaint involving physical injury not resulting from professional medical treatment, and where a motor vehicle is not involved.
**Products Liability**-Complaint involving injury resulting from a commercial product.
**Property Damages**-Complaint involving damage to real or personal property excluding motor vehicles.
**Victims of Motor Vehicle Theft**-Complaint filed by a victim of car theft to recover damages. (RCW 9A.56.078).
**Wrongful Death**-Complaint involving death resulting from other than professional medical treatment.

### WRIT
**Writ of Habeas Corpus**-Petition for a writ to bring a party before the court.
**Writ of Mandamus**-Petition for writ commanding performance of a particular act or duty.
**Writ of Restitution**-Petition for a writ restoring property or proceeds; not an unlawful detainer petition.
**Writ of Review**-Petition for review of the record or decision of a case pending in the lower court; does not include lower court appeals or administrative law reviews.
**Miscellaneous Writs**