# EXHIBIT D



IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR THE COUNTY OF WHITMAN

| | |
|---|---|
| TIMOTHY R. BEUCA,  )<br>      Plaintiff,  )<br>)<br>)<br>)<br>vs.  )<br>)<br>WASHINGTON STATE UNIVERSITY  )<br>and JOHN and JANE  )<br>DOES 1-10,  )<br>      Defendants.  ) | No.  22-2-00252-38<br><br>SUMMONS (20 DAYS) |

**THE STATE OF WASHINGTON TO:**

THE DEFENDANTS:

1. The Plaintiff has started an action in the above court requesting:

Monetary damages and other relief, additional requests, if any, are stated in the Complaint, a copy of which is attached to this Summons.

2. In order to defend against this lawsuit, you must respond to the Complaint by stating your

1

**SUMMONS**

defense in writing.

3.      **YOU ARE HEREBY SUMMONED** and required to serve upon the PLAINTIFF OR PLAINTIFF'S ATTORNEY, an Answer to the Complaint, which is herein served upon you, within 20 days after service of this Summons upon you, (if service is made upon you within the State of Washington).

4.      If you fail to answer the Complaint, a judgment by default will be taken against you for the relief demanded in the Complaint.  If you serve a Notice of Appearance on the undersigned persons, you are entitled to notice before a Default Judgment may be entered.

5.      If the lawsuit has not been previously filed, you may demand that the Plaintiff file this lawsuit with the Court.  If you do so, your demand must be in writing and must be served upon the undersigned persons.  Within 14 days after you serve your Demand, the Plaintiff's must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

6.      If you wish to seek the advice of a lawyer in this matter, you should do so promptly, so that your written response, if any, may be served on time.

7.      This Summons is issued pursuant to Rule 4 of the Civil Rules for Superior Court of the State of Washington.

         Dated this <u>1st</u> day of December, 2022.

                                        /s/*Harold H. Franklin, Jr.*
                                         Harold H. Franklin, Jr.
                                         Attorney for the Plaintiff
                                         Pacific Justice Institute
                                         459 Seneca Avenue NW
                                         Renton, WA  98057
                                         (206)617-7031
                                         haroldfranklin1@comcast.net

                                        2

**SUMMONS**