# EXHIBIT F

FILED
MAR 03 2023
JILL E. WHELCHEL
WHITMAN COUNTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF WHITMAN

| | |
|---|---|
| TIMOTHY P. BEUCA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WASHINGTON STATE UNIVERSITY and JOHN and JANE 1-10,<br><br>　　　　Defendants. | No. 22-2-00252-38<br><br>NOTICE OF APPEARANCE |

TO:		CLERK OF THE COURT

AND TO:	HAROLD H. FRANKLIN, JR. and TRACY TRIBBETT, Counsel for Plaintiff,

　　　　PLEASE TAKE NOTICE that Defendant Washington State University, without waiving any objections, including those as to improper service or jurisdiction, hereby enters an appearance in the above-entitled action by the attorney undersigned. You are hereby requested to serve all further papers and proceedings in said cause, except original process, upon said attorney at the address below stated.

NOTICE OF APPEARANCE - 1

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

DATED this 2nd day of March, 2023.

<u>s/ Zachary J. Pekelis</u>
ZACHARY J. PEKELIS, WSBA #44557
Special Assistant Attorney General
PACIFICA LAW GROUP LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
(206) 245-1700
Zach.Pekelis@PacificaLawGroup.com

*Attorney for Defendant Washington State University*

NOTICE OF APPEARANCE - 2

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the e-filing system. I hereby certify that I have mailed by United States Postal Service and e-mailed the document to the following participants:

> Harold H. Franklin, Jr., WSBA #20486
> Tracy Tribbett, WSBA #35922
> Pacific Justice Institute
> 459 Seneca Avenue NW
> Renton, WA 98057
> hfranklin@pji.org

*Counsel for Plaintiff*

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 2nd day of March, 2023, at Seattle, Washington.

> s/ Zachary J. Pekelis
> ZACHARY J. PEKELIS, WSBA #44557
> Special Assistant Attorney General
>
> *Attorney for Defendant Washington State University*

NOTICE OF APPEARANCE - 3

PACIFICA LAW GROUP LLP
1191 SECOND AVENUE
SUITE 2000
SEATTLE, WASHINGTON 98101-3404
TELEPHONE: (206) 245-1700
FACSIMILE: (206) 245-1750