THE HONORABLE THOMAS O. RICE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY BEUCA,<br>**Plaintiff,**<br>vs.<br>WASHINGTON STATE UNIVERSITY and JOHN and JANE 1-10,<br>**Defendants.** | Case No. 2:23-CV-00069-TOR<br><br>MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>NOTED FOR MOTION CALENDAR: WITHOUT ORAL ARGUMENT FOR JUNE 9, 2023 |

## I. INTRODUCTION

The Plaintiff filed this Motion to extend time to file a Response to the Defendants' Motion to Dismiss in the above action under Fed. R. Civ. P. 6(b)(1)(B). The Plaintiff's response was filed on May 8, 2023.

## II. STATEMENT OF FACTS

The Plaintiff filed this action in the Superior Court of Whitman County on December 2,

**MOTION TO EXTEND TIME**

-1-

2022. On February 22, 2023 the Plaintiff's filed an amended complaint and served the summons and the amended complaint on the Defendants on the same date. On both the initial and the amended complaint, Plaintiff's counsel was listed as Harold Franklin and Tracy Tribbett of Pacific Justice Center.   See Docket 1.  On March 15, 2023, the Defendants filed a Notice of Removal to remove this case to the U.S. District Court in the Eastern District of Washington.  It was discovered that Mr. Franklin was not admitted to practice before the U.S. District Court in the Eastern District, even though he was admitted to practice in the U.S. District Court in the Western District.  Ms. Tribbett was admitted to practice before this Court.

The Defendants filed a Motion to Dismiss this action under Fed. R. Civ. P. 12(b)(6) on March 22, 2023.  At some point in the processing of this case, both Mr. Franklin and Ms. Tribbett were removed as counsel of record for the Plaintiff and the Plaintiff was listed as a pro se Plaintiff and no documents where electronically sent to them regarding this case.  Mr. Franklin was contacted by Bridgette Fortenberry, Paralegal and Courtroom Deputy to the Honorable Thomas O. Rice.  Mr. Franklin told her that he thought the response was not due until the Monday before the hearing was noted based on the rules of the U.S. District Court in the Western District of Washington.  See Western District LCR 7(d)(3).

Ms. Tribbett, who is admitted to practice in this Court, did not receive notice from electronic filing system notifying her of the motion being filed.  Ms. Tribbett attempted to file the Plaintiff's Response May 5, 2023, but unknown to her,  her account was not linked through NexGen in 2020 to her Western District account, and she was not able to file the Plaintiff's Response.  On Monday May 8, 2023, Mr. Tribbett contacted this Court and was able to link accounts and file the Plaintiff's Response.  The Plaintiff has since filed a Response to the

**MOTION TO EXTEND TIME**

Defendants' Motion to Dismiss and is asking for the Court to Extend the time for such filing given the circumstances of this case.

### III. AUTHORITY

Federal Rule 6(b)(1)(B) states:

(b) EXTENDING TIME.

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:..

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

As stated above, the Plaintiff Counsel were closed out fo the ECR system of this court because Mr. Franklin was in the process of trying to be admitted to this Court and Ms. Tribbett account was made inactive unbeknownst to her.  It appears that because of these circumstances that the Response that was due, was not filed due to excusable neglect and this Court should grant this motion because there is good cause to extend the time for the Plaintiff to file his response to this motion.

Respectfully submitted this 9th day of May, 2023.

    Pacific Justice Institute

    /s/ Tracy Tribbett
    WSBA No. 35922
    Attorneys for the Plaintiff

**MOTION TO EXTEND TIME**

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2013, I electronically filed the foregoing Motion to Extend Time to respond to the Defendants' Motion to Dismiss, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Zachary J. Pekelis, WSBA No. 44557
Pacifica Law Group, LLP
1191 2nd Avenue, Suite 2000
Seattle, WA 98101-3404
Zach.Pekelis@PacificaLawGroup.com
Attorneys for the Defendant Washington State University

                                               Pacific Justice Institute

                                               /s/ Tracy Tribbett
                                               WSBA No. 35922
                                               Attorneys for the Plaintiff

**MOTION TO EXTEND TIME**