AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 19, 2023

SEAN F. McAVOY, CLERK

TIMOTHY P. BEUCA,

       *Plaintiff*

v.

WASHINGTON STATE UNIVERSITY and JOHN and JANE 1-10,

       *Defendant*

)
)
)
)
)
)

Civil Action No.   2:23-CV-0069-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant Washington State University's Motion to Dismiss (ECF No. 2) is GRANTED. The claims asserted against Washington State University are DISMISSED with prejudice.
The claims against the remaining unnamed John and Jane 1–10 defendants are DISMISSED with prejudice for failing to provide any information as to what role they played in Plaintiff's claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice _____ on Motion to Dismiss.

Date:  May 19, 2023 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Sara Gore _____
       *(By) Deputy Clerk*

Sara Gore _____