FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY R. BEUCA , | |
| Plaintiff, | NO.  2:23-CV-00069-TOR |
| v. | **NOTICE OF APPEAL** |
| WASHINGTON STATE UNIVERSITY and JOHN and JANE DOES 1-10, | |
| Defendants. | |

This is a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit.  The Plaintiff, Timothy R. Beuca, hereby appeals to the United States Court of Appeals for the Ninth Circuit, the final order entered in the United States District Court Eastern District of Washington on May 19, 2023.  The District Court granted the Defendants' motion to dismiss under Fed. R.Civ. P. 12(b)(6) finding that the Plaintiff failed to state a claim upon which relief could be granted.

The parties to the judgment order appealed from and the names and address of their respective counsel are as follows:

**NOTICE OF APPEAL**                    1                    HAROLD H. FRANKLIN, JR. WSBA #20486
459 SENECA AVE NW
Renton, WA 98057
(206)617-7031

Zachary J Pekelis
WSBA No. 44557
Pacifica Law Group
1191 Second Avenue
Suite 2000
Seattle, WA 98101
(206)602-1229
zach.pekelis@pacificalawgroup.com
Attorneys for the Defendants

    RESPECTFULLY SUBMITTED this 7th day of June, 2023.

                                        Pacific Justice Institute

                                        /s/Harold H. Franklin, Jr.
                                        Harold H. Franklin, Jr.
                                        WSBA No. 20486
                                        Attorneys for the Plaintiff

**NOTICE OF APPEAL**                    2              HAROLD H. FRANKLIN, JR. WSBA #20486
                                                       459 SENECA AVE NW
                                                       Renton, WA 98057
                                                       (206)617-7031

CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Zachary J Pekelis
WSBA No. 44557
Pacifica Law Group
1191Second Avenue
Suite 2000
Seattle, WA 98101
(206)602-1229
zach.pekelis@pacificalawgroup.com
Attorneys for the Defendants

Pacific Justice Institute

/s/ Harold H. Franklin, Jr.
Harold H. Franklin, Jr.
WSBA No, 20486
Attorney for the Plaintiff

**NOTICE OF APPEAL**

3

HAROLD H. FRANKLIN, JR. WSBA #20486
459 SENECA AVE NW
Renton, WA 98057
(206)617-7031