Case 2:23-cv-00069-TOR    ECF No. 12    filed 06/07/23    PageID.101    Page 1 of 1



# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
920 WEST RIVERSIDE AVENUE
P.O. BOX 1493
SPOKANE, WASHINGTON 99210
www.waed.uscourts.gov

SEAN F. MCAVOY
CLERK OF COURT

RENEA GROGAN
CHIEF DEPUTY CLERK

(509) 458-3400
FAX (509) 458-3420

June 7, 2023

Harold Hudson Franklin , Jr
Harold H Franklin Jr Attorney at Law
459 Seneca Avenue NW
Renton, WA 98057

**RE:** Beuca v. Washington State University
2:23-cv-00069-TOR

Dear  Mr. Franklin,

Enclosed is a filed copy of the Notice of Appeal and docket entries.

Very truly yours,

**UNITED STATES DISTRICT COURT**

Office of the Clerk
Appeal Deputy Clerk

Enclosures