Honorable TIMOTHY O. RICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| TIMOTHY BEUCA<br><br>                    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE UNIVERSITY,<br>DOES 1-50,<br><br>                    Defendants. | CASE NO. 2:23-cv-00069-TOR<br><br>**JOINT STATUS REPORT** |

  Plaintiff, Timothy Beuca, and Defendant, Washington State University, "WSU", by and through undersigned counsel file this joint status report and accompanying stipulated motion and [proposed] Order in compliance with the Court's Order, Dkt #16, dated September 16, 2024.

  Pursuant to the Ninth Circuit Mandate issued on August 9, 2024 the parties request the case move forward by approving the filing of a Second Amended Complaint ("SAC"). The First Amendment was filed in Superior Court of Whitman County preceding removal to this Court.

  Fed. R. Civ. P. 15(a)(2) allows filing of an amendment with the consent of the opposing party.  In order to allow the case to proceed the parties, are stipulating and jointly proposing that

JOINT STATUS REPORT AND STIPULATED MOTION - 1

Case No.

PACIFIC JUSTICE INSTITUTE
Redmond, WA
Tel:
hfranklin@pji.org

the Court approve the stipulated motion to file a Second Amended Complaint with redline version and order a clean version be filed thereafter and served on Defendants. Defendants response being due thirty (30) days after the filing of the SAC.

DATED this 18th day of October, 2024.

| Pacific Justice Institute | Pacifica Law Group |
|---|---|
| By  *s/Harold Franklin* <br> Harold Franklin, WSBA, #20486 <br> 459 Seneca Ave. NW <br> Renton, WA 98057 <br> 206-617-7031 <br> haroldfranklin1@comcast.net <br> *Attorneys for Plaintiff T. Beuca* | By   *s/ Zachary J. Pekelis* <br> Zachary J. Pekelis, WSBA #44557 <br> 1191 2nd Ave. Ste. 2000 <br> Seattle, WA. 98101 <br> 206-245-1700 <br> Zach.pekelis@pacificalawgroup.com <br> *Attorney for Defendant WSU* |

JOINT STATUS REPORT AND STIPULATED MOTION - 2

Case No.

**PACIFIC JUSTICE INSTITUTE**
Redmond, WA
Tel:
hfranklin@pji.org

**ORDER**

IT IS SO ORDERED.

1. Plaintiff's shall file the SAC in accord with the Joint Stipulated Motion Order.
2. Defendants shall answer thirty (30) days after the filing of the SAC.
3. Parties shall, within 30 days after filing of Defendant's response to the SAC, file a joint proposed Motion and Order for the trial dates and case deadlines.

DONE IN OPEN COURT this ____ day of _____, 2024.

_____
HON. TIMOTHY O. RICE

Presented by:

| Pacific Justice Institute | Pacifica Law Group |
|---|---|
| By *s/Harold Franklin* <br> Harold H. Franklin, Jr. WSBA #20486 <br> Pacific Justice Institute <br> 459 Seneca Ave. NW <br> Renton, WA 98057 <br> haroldfranklin1@comcast.net <br> Attorneys for Plaintiff | By */s/*Zachary J. Pekalis <br> Zachary J. Pekalis, WSBA, #44557 <br> 1191 2nd Ave. Ste. 2000 <br> Seattle, WA. 98101 <br> (206)-245-1700 <br> Zach.pekelis@pacificalawgroup.com <br> Attorneys for Defendant WSU |

JOINT STATUS REPORT AND STIPULATED MOTION - 3

Case No.

**PACIFIC JUSTICE INSTITUTE**
Redmond, WA
Tel:
hfranklin@pji.org

**CERTIFICATE OF SERVICE**

I hereby caused to be served a true and correct copy of the foregoing document by method indicated below and addressed to the following:

| | |
|---|---|
| Zach Pekalis<br>Pacifica Law Group<br>1191 2nd Ave. Ste. 2000<br>Seattle, WA 98101<br>*Attorneys for Defendants* | *Delivery Via:*<br>[ ] U.S. Mail<br>[ ] Overnight Mail<br>[ ] Facsimile<br>[ ] E-Mail<br>[x] CM/ECF |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 18th day of October, 2024, at Renton, WA.

PACIFIC JUSTICE INSTITUTE

*s/ Harold H. Franklin, Jr*
WSBA #20486
haroldfranklin1@comcast.net

---

JOINT STATUS REPORT AND STIPULATED MOTION - 4

Case No.

PACIFIC JUSTICE INSTITUTE
Redmond, WA
Tel:
hfranklin@pji.org