1

HONORABLE Timothy O. Rice

2

3

4

5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

6

7

8    TIMOTHY BEUCA,                          NO. 2:23-00069-TOR

9                        Plaintiff,          STIPULATED MOTION AND
                                             PROPOSED ORDER FOR LEAVE TO
10   v.                                      FILE SECOND AMENDED COMPLAINT

11   WASHINGTON STATE UNIVERISTY

12                      Defendant(s).

13                  **I.    STIPULATION**

14          Pursuant to Federal and Local Rule of Civil Procedure 15(a)(2) plaintiff Timothy Beuca

15   and defendant Washington State University  (WSU) hereby agree to (a) permit Plaintiff to file a

16   Second Amended Complaint; and (b) permit WSU thirty (30) days from such filing to answer or

17   otherwise respond.  A copy of the [redline] Second Amended Complaint is attached hereto. The

18   parties have communicated regarding the proposal and previously requested the same in a Joint

19   Status Report to the Court requesting the same. (see DKT #17, *Joint Status Report*).

20          The parties stipulate as follows:

21

STIPULATED MOTION AND PROPOSED
ORDER FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT ADDING
ADDITIONAL PLAINTIFFS AND CLAIM
- 1 (Case No. 2:22-CV-00069-TOR)

PACIFIC JUSTICE INSTITUTE

1. Plaintiff previously filed the First Amended Complaint in State Court on February 22, 2023, but has not filed an amendment in Federal Court.

2. On July 18, 2024, the U.S. Court of Appeals for the Ninth Circuit issued a memorandum disposition reversing the District Court's denial of leave to amend.

3. The parties seek to move the case forward by permitting Plaintiff to file a Second Amended Complaint in the form attached hereto.

4. WSU's deadline to answer or otherwise respond to the Second Amended Complaint will be thirty (30) days from the date Plaintiff files the Second Amended Complaint.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED this 18th day of October, 2024.

/s/ *Zachary J. Pekelis*                              By: /s/ *Harold H. Franklin, Jr.*
Zachary J. Pekelis 44557                                  Harold H. Franklin, Jr. #20486
Pacifica Law Group                                         Pacific Justice Institute

## II.    ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised thereon, now, therefore, it is hereby ORDERED that:

1. The Court grants Plaintiff leave to file his proposed Second Amended Complaint.

2. The filing shall be in cleaned-up form.

3. Defendant's deadline to answer or otherwise respond to the Second Amended

Complaint shall be thirty (30) days after Plaintiff files the Second Amended Complaint.

ENTERED this ___ day of _____, 2024.

_____
THE HONORABLE TIMOTHY O. RICE
United States District Court Judge

Prepared and presented by:

By: /s/ *Zachary J. Pekelis*          By: /s/ *Harold H. Franklin, Jr.*
Zachary J. Pekelis #44557          Harold H. Franklin, Jr. #20486
Pacifica Law Group          Pacific Justice Institute

Attorneys for Washington State University   Attorney for Timothy Beuca

**PACIFIC JUSTICE INSTITUTE**

STIPULATED MOTION AND PROPOSED
ORDER FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT ADDING
ADDITIONAL PLAINTIFFS AND CLAIM
- 3 (Case No. 2:22-CV-00069-TOR)